FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 JUN -4 PM 7:12

CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **UNDER SEAL** |
| | ) | **SO-1420-EGG** |
| v. | ) | |
| | ) | **INDICTMENT NO.** |
| **BRANDON SAPP, ET AL.** | ) | CR414-184 |
| | ) | |

**MOTION TO SEAL INDICTMENT**

Now comes the United States of America, by and through Edward J. Tarver, United States Attorney for the Southern District of Georgia, and moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until further order of the Court.

WHEREFORE, the Government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

E. Gregory Gilluly, Jr.
Assistant United States Attorney
Tennessee State Bar No. 019397

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422